| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Third Coast Industrial Coatings, Inc

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  0 3 – 0 3 8 2 1 4 9

4. **Debtor's address**

   **Principal place of business**

   **211 Main Street**
   Number    Street

   **South Houston**          **TX**    **77587**
   City                       State   ZIP Code

   **Harris**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Third Coast Industrial Coatings, Inc**    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
       District _____ When _____ Case number _____
                                  MM / DD / YYYY
       District _____ When _____ Case number _____
                                  MM / DD / YYYY

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Third Coast Industrial Coatings, Inc** _____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
          District _____   When _____ MM / DD / YYYY
          Case number, if known _____

          Debtor _____   Relationship _____
          District _____   When _____ MM / DD / YYYY
          Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number     Street
_____
_____    _____   _____
City                       State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Third Coast Industrial Coatings, Inc**          Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/03/2017**
MM / DD / YYYY

X **/s/ Felipe Antonio Ibarra**          **Felipe Antonio Ibarra**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Nelson M. Jones III**          Date **01/03/2017**
Signature of attorney for debtor          MM / DD / YYYY

**Nelson M. Jones III**
Printed name

**LAW OFFICE OF NELSON M. JONES III**
Firm name

**440 Louisiana**
Number        Street

**Suite 1575**

**Houston**          **TX**          **77002**
City          State          ZIP Code

**(713) 236-8736**          **Njoneslawfirm@aol.com**
Contact phone          Email address

**10973400**          _____
Bar number          State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Third Coast Industrial Coatings, Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                                       Total claim        Priority amount

Debtor **Third Coast Industrial Coatings, Inc**            Case number (if known) _____

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1  Nonpriority creditor's name and mailing address**     **$6,893.74**

Amegy Bank
1717 West Loop South

Houston            TX      77054

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**3.2  Nonpriority creditor's name and mailing address**     **$22,372.14**

Bank of America
PO Box 982238

El Paso            TX      79998-5796

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**3.3  Nonpriority creditor's name and mailing address**     **$15,454.50**

Bank of America
PO Box 982238

El Paso            TX      79998-5796

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**3.4  Nonpriority creditor's name and mailing address**     **$21,575.15**

Bank of America
PO Box 982238

El Paso            TX      79998-5796

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Third Coast Industrial Coatings, Inc**   Case number (if known) _____

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 982238**

El Paso   TX   79998-5796

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$7,744.91

**3.6** Nonpriority creditor's name and mailing address

**CFS Allocation Solutions IV, LLC**
**Corporation Trust Center**
**1209 Orange St.**

Wilmington   DE   19801

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$198,068.97

**3.7** Nonpriority creditor's name and mailing address

**Chase**
**PO Box 94014**

Palatine   IL   60094-4014

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,638.36

**3.8** Nonpriority creditor's name and mailing address

**Chase**
**PO Box 94014**

Palatine   IL   60094-4014

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,897.62

| Debtor | **Third Coast Industrial Coatings, Inc** | Case number (if known) | |
|---|---|---|---|

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

**Chase**
**PO Box 94014**

**Palatine**    IL    **60094-4014**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$27,332.27

**3.10** Nonpriority creditor's name and mailing address

**Chase**
**PO Box 78039**

**Phoenix**    AZ    **85062-8039**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,024.05

**3.11** Nonpriority creditor's name and mailing address

**Compass Bank**
**PO Box 11830**
**Birmingham, AL 3502**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$16,369.46

**3.12** Nonpriority creditor's name and mailing address

**Funding Metrics Lendini**
**884 Town Center Drive**

**Langhorne**    PA    **19047**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$22,795.50

Debtor **Third Coast Industrial Coatings, Inc**       Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       **Amount of claim**

**3.13** **Nonpriority creditor's name and mailing address**       $498,111.15

**Funding Metrics Lendini**
**884 Town Center Drive**

**Langhorne      PA    19047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**       $88,755.51

**Great Plains Capital Corporation**
**Po Box 1068**

**Columbus      NE    68602-1068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**       $24,011.60

**Quarterspot, Inc.**
**4601 N. Fairfax Dr.**
**Suite 1120**

**Arlington      VA    22203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**       $16,061.56

**Regions Bank**
**Po Box 2224**

**Birmingham      AL    35246-0026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **Third Coast Industrial Coatings, Inc** | Case number (if known) |

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $177,566.61 |
|---|---|---|---|
| | **Regions Bank** | ☐ Contingent | |
| | **Po Box 2224** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Birmingham       AL     35246-0026** | **Unsecured Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,618.14 |
|---|---|---|---|
| | **Wells Fargo** | ☐ Contingent | |
| | **P.O. BOX 348750** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Sacramento       CA     95834** | **Unsecured Debt** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 6 |

Debtor **Third Coast Industrial Coatings, Inc**     Case number (if known) _____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|     |     | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $1,194,291.24 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$1,194,291.24** |